UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMER ALEXANDER IRAHETA VIGIL,<br><br>        Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, WARDEN, CALIFORNIA CITY CORRECTIONAL FACILITY, *et al*.,<br><br>        Respondents. | Case No.  1:26-cv-03967  (VC)<br><br>**ORDER INSERT**<br><br>Re: Dkt. No. 1 |

The Court is in receipt of Petitioner's Writ of Habeas Corpus ("Petition"). Respondents shall file a response to the Petition by June 2, 2026. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply by June 5, 2026. Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the Petition is pending. The matter is not set for a hearing, though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

Dated: May 26, 2026

_____

VINCE CHHABRIA
United States District Judge